IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                                    CASE NO. 4:25CR00195 JM

LINCOLN SMITH                                                                             DEFENDANT

### MOTION TO AMEND CONDITIONS OF RELEASE

The Defendant, Lincoln Smith ("Smith"), through his attorney, J. Blake Hendrix of Fuqua Campbell, P.A., moves the Court to amend his conditions of release to allow him to attend counselling sessions and to allow his attendance at upcoming family holiday gatherings.

1. Smith is charged with one count of knowingly possessing one or more matters containing a depiction of a minor engaged in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(4)(B). The Indictment includes a forfeiture count.

2. On October 16, 2025, the Court released Smith on conditions. Relevant to this motion, the conditions included home detention and no unsupervised access to minor children including his own. Doc. 8.

3. The home detention condition states: "You are restricted to your residence at all times except for employment; education; religious services; medical, substance use, or mental health treatment; attorney visits; court appearances; court-ordered obligations; activities approved by the court; or essential activities approved in advance by the pretrial services office or supervising officer[.]" Doc.8 at 2.

4. From April of this year when the allegation first arose until his release on conditions, Smith attended bi-weekly counselling sessions with Pastor Nate Smith of New Life Church in Cabot. The sessions occurred every other Friday and last two hours. While not

1

specifically a religious service or mental health treatment, the counselling sessions have features of both and have benefitted Smith both mentally and spiritually. Now that Smith is under indictment, it would be especially beneficial for Smith's well-being, and in the interests of justice, for him to be allowed to continue with the sessions. Smith proposes an amendment to the home detention condition to allow him to attend counselling sessions with Pastor Smith at the church located at 107 Commercial Street in Cabot every other Friday from 4:00 p.m. to 6:00 p.m.

    5.    Smith also requests a modification of the home detention condition to allow him to attend three upcoming holiday gatherings with family. Specifically, Smith requests that he be allowed to attend the following gatherings:

    A.    November 23, 2025, from 10:00 am to 8:00 p.m.

This is a Thanksgiving gathering at the home of Smith's in-laws, Michael and Summer Hensley, in Cabot, Arkansas[1]. In attendance will be Michael Hensley (father-in-law); Summer Hensley (mother-in-law); Faith Hensley (sister-in-law); Hannah Simpkins (Faith Hensley's roommate from Maryland); Michaela Weatherly (sister-in-law); Chaice Weatherly (brother-in-law); Debbie and Thomas Tracy (Smith's wife's grandparents); and Smith's two nieces, MW and HW.[2]

    B.    November 27, 2025, from 10:00 a.m. to 8:00 p.m.

---

[1] To comply with Fed. R. Crim. P. 49.1, the full address is not included in this motion. Smith's counsel will supply the Court, Assistant U.S. Attorney, and the United States Probation Office with the full address by separate, private electronic mail.

[2] MW and HW are minors, and, therefore, only their initials are used to comply with Rule 49.1. These are the two nieces, along with Smith's own child, that were discussed at the detention hearing in conjunction with the condition of no unsupervised access to minor children. Smith will have no unsupervised access to the minors if the motion is granted.

A Thanksgiving gathering at Smith's parents' home in Cabot, Arkansas. *See* fn. 1. In attendance will be Jonathan Smith (father); Danna Smith (mother); Kennedie Smith (sister) Jesse Welch (brother-in-law); and Hannah Simpkins (sister-in-law's roommate for Maryland).

C. December 25, 2025, from 10:00 a.m. to 8:00 p.m.

A Christmas gathering at the home of Smith's in-laws, Michael and Summer Hensley. In attendance will be the Hensley's; Faith Hensley (sister-in-law); Michaela Weatherly (sister-in-law); Chaice Weatherly (brother-in-law); Debbie and Thomas Tracy (Smith's wife's grandparents); and nieces, MW and HW. *See* fn. 2.

6. A judicial officer can amend conditions of release at any time. *See* 18 U.S.C. 3142(c)(3) ("The judicial officer may at any time amend the order to impose additional or different conditions of release[.]").

7. If the motion is granted, Smith will be subject to, and will abide by, all other conditions of release. His third-party custodian, Emalee Smith, will ensure compliance. At no time will Smith be in the presence of MW, HW, or his daughter without supervision.

For these reasons, Smith asks that the Court grant his motion to amend conditions of release.

    Respectfully submitted by,

    J. Blake Hendrix
    Arkansas Bar No. 86066
    Fuqua Campbell P.A.
    Riviera Tower
    3700 Cantrell Road, Ste. 205
    Little Rock, AR 72202
    (501) 975-7123 (direct dial)
    bhendrix@fc-lawyers.com