IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                         Case No. 4:25-CR-00195-JM

LINCOLN SMITH                                                                            DEFENDANT

## ORDER

Pending before the Court is Defendant Lincoln Smith's Motion to Modify. (Doc. No. 14) Defendant is seeking permission to attend weekly counseling sessions with his pastor, attend a family event November 23, 2025 from 10:00am – 8:00pm, attend a family event November 27, 2025 from 10:00am – 8:00pm, and attend a family event December 25, 2025 from 10:00am – 8:00pm. The Government does not oppose this request. The motion is **Granted-In-Part**. Defendant may attend the family gatherings on the dates listed above, provided at no time he will be in the presence of any minor without supervision. As to Defendant's request to leave his home for counseling sessions with his pastor, Defendant's request is **Denied**. All other conditions remain in effect.

**SO ORDERED** this 18th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE